# United States District Court
## Violation Notice

**Violation Number:** 4952042
**Officer Name (Print):** Carrillo
**Officer No.:** C5621

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

**Date and Time of Offense (mm/dd/yyyy):** 0856  06/10/2015
**Offense Charged:** RCW 46.16A.030
**Place of Offense:** Liberty Gate
**Offense Description; Factual Basis for Charge:** Expired tabs/plates

### DEFENDANT INFORMATION
**Last Name:** Sogn
**First Name:** Daniel
**M.I.:** J

**Tag No.:** AGZ0464
**State:** WA
**Year:** 09
**Make/Model:** Lexu
**Color:** SV

- [ ] A — IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
- [x] B — IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.

$ 50  Forfeiture Amount
+ $25 Processing Fee
**PAY THIS AMOUNT →** $ 75  Total Collateral Due

YOUR COURT DATE

X Defendant Signature: [signed]

(Rev. 01/2011)   Original - CVB Copy

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 10 Jun, 2015 while exercising my duties as a law enforcement officer in the Western District of Washington.

See Remark.

The foregoing statement is based upon:
- [x] my personal observation
- [ ] my personal investigation
- [ ] information supplied to me from my fellow officer's observation
- [ ] other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 06/10/2015   [signed]
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident;  PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;  CMV = Commercial vehicle involved in incident.